IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRELL MICKLES, <br><br> Plaintiff <br><br> v. <br><br> SOCIAL COUNTRIES, et al., <br><br> Defendants | Civ. No. 22-3820 (RMB-AMD) <br><br><br> **OPINION** |

BUMB, United States District Judge

I.   INTRODUCTION

Plaintiff Terrell Mickles,[1] a prisoner confined in the Federal Correctional Institution in Terre Haute, Indiana, submitted to this Court an undecipherable complaint. Plaintiff did not pay the $402 filing and administrative fees to open a civil action,[2] nor did he submit an application to proceed without prepayment of the filing fee ("*in forma pauperis*" or "IFP" application) under 28 U.S.C. § 1915.

II.   DISCUSSION

28 U.S.C. § 1915(g) provides:

(g) In no event shall a prisoner bring a civil action or appeal

---

[1] Plaintiff identified his federal BOP Register No. as 11733-003. Plaintiff has also filed lawsuits as "Terrell Mickels" with the same BOP Register Number. *See e.g. Mickels v. Steele*, No. CV 15-117-KD-C, 2016 WL 2869879, at *4 (S.D. Ala. Mar. 4, 2016); *Mickels v. Ask-Carlson*, 582 F. App'x 514 (5th Cir. 2014).

[2] *See* 28 U.S.C. § 1914(a) (establishing $350 filing fee for civil action in United States District Courts).

1

> a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

"[A] strike accrues only if the "entire action or appeal is dismissed explicitly" for one or more of those three grounds…" *Talley v. Wetzel*, 15 F.4th 275, 285 (3d Cir. 2021).

Upon search of the civil records of the United States District and Appellate Courts,[3] Plaintiff has filed three or more pro se prisoner cases that have been dismissed for one or more of the three enumerated grounds in § 1915(g). *See Mickles v. United States*, No. CV 1:21-00463-JB-N, 2021 WL 5630770, at *1 (S.D. Ala. Nov. 2, 2021), report and recommendation adopted, No. CV 1:21-00463-JB-N, 2021 WL 5614770 (S.D. Ala. Nov. 30, 2021) (collecting Mickles' cases that qualify as a "strike" under § 1915(g)).[4] In the instant complaint, Plaintiff has not alleged that he is in imminent danger of serious physical injury.

## III. CONCLUSION

For the reasons discussed above, this action will be dismissed without prejudice pursuant 28 U.S.C. § 1915(g).

---

[3] The Court is taking judicial notice of the U.S. Party/Case Index, PACER Service Center, available at http://pacer.psc.uscourts.gov.

[4] *See Mickels v. Steele*, No. CV 15-117-KD-C, 2016 WL 2869879, at *4 (S.D. Ala. Mar. 4, 2016), *report and recommendation adopted*, No. 15-0117-KD-C, 2016 WL 2757399 (S.D. Ala. May 12, 2016) (dismissed as frivolous); *Mickels v. Moore*, CA No. 14-0086-WS-N (S.D. Ala. 2014) (ECF Nos. 16, 26) (dismissing case as frivolous and for failure to state a claim), appeal dismissed, No. 14-14763-C (11th Cir. 2015) (appeal dismissed as frivolous by a three-judge panel), and *Mickles v. Springfield Med. Ctr. for Fed. Prisoners*, No. 6:16-cv-03494-BP (W.D. Mo. Jan. 24, 2017) (dismissing case as frivolous).

3

An appropriate Order follows. **DATED:  September 7, 2022**

s/Renée Marie Bumb
**RENÉE MARIE BUMB
United States District Judge**